MORGAN, LEWIS & BOCKIUS LLP
SHARON R. SMITH (SBN 221428)
srsmith@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

**Attorney for Defendant
Pearson Education, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -

SAN FRANCISCO DIVISION

| | |
|---|---|
| MUENCH PHOTOGRAPHY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PEARSON EDUCATION, INC., and JOHN DOE PRINTERS 1-10, <br><br> Defendant. | Case No. 4:12-CV-01927-KAW <br><br> **DEFENDANT PEARSON EDUCATION, INC.'S STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER COMPLAINT** <br><br> Date: May 15, 2012 <br> Judge: Magistrate Judge Kandis A. Westmore |

1   The parties listed below, by and through their undersigned counsel, hereby stipulate and
2   agree that defendant Pearson Education, Inc.'s time to answer the Complaint in the above-
3   captioned matter shall be extended through and including June 5, 2012.

/s/ Robert William Crockett
Robert William Crockett
Harmon & Seidman LLC
33 Spindrift Passage
Corte Madera, CA 94925
Phone: (415) 945-1830
Email: info@harmonseidman.com

**Attorney for Plaintiff Muench Photography, Inc.**

/s/ Sharon R. Smith
Sharon R. Smith
Morgan, Lewis & Bockius, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Phone: (415) 442-1754
Fax: (415) 442-1001
Email: srsmith@morganlewis.com

**Attorney for Defendant Pearson Education, Inc.**

SO ORDERED:

*[signature: Kandis Westmore]*

Hon. Kandis A. Westmore
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Sharon R. Smith
Sharon R. Smith
Morgan, Lewis & Bockius, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Phone: (415) 442-1754
Fax: (415) 442-1001
Email: srsmith@morganlewis.com

**Attorney for Defendant Pearson Education, Inc**.