UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUENCH PHOTOGRAPHY, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>PEARSON EDUCATION, INC.,<br><br>    Defendant. | Case No.  12-cv-01927-WHO<br><br>**ORDER ON FILING SUMMARY JUDGMENT MOTION**<br><br>Re:  Dkt. No. 58 |

On September 9, 2013, the Court granted Pearson Education, Inc.'s Administrative Motion to File Under Seal Portions of Pearson Education, Inc.'s Motion for Summary Judgment. Dkt. No. 57. Although Pearson sent Muench Photography, Inc., an unredacted copy of the Motion for Summary Judgment when it filed its Administrative Motion, Muench seeks clarification from the Court about whether the Motion for Summary Judgment was deemed filed. Dkt. No. 58.

Based on the parties' agreement, *id.*, the Court ORDERS as follows:  Pearson shall file its Motion for Summary Judgment by September 13, 2013. Muench shall have until September 20, 2013, to file any opposition brief, and Pearson shall have until October 4, 2013, to file any reply brief. The hearing may be set on October 23, 2013, or any Wednesday thereafter that is convenient to the parties. By September 13, 2013, counsel should meet and confer to select the hearing date and contact the Courtroom Deputy, Ms. Jean Davis, at (415) 522-2077 to schedule the hearing.

**IT IS SO ORDERED.**

Dated: September 10, 2013



_____
WILLIAM H. ORRICK
United States District Judge