UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUENCH PHOTOGRAPHY, INC.<br><br>               Plaintiff,<br><br>     v.<br><br>PEARSON EDUCATION, INC., and JOHN DOE PRINTERS 1-10,<br><br>               Defendants. | Case No. 12-CV-01927-WHO<br><br>**ORDER GRANTING STIPULATED REQUEST FOR ORDER MODIFYING PRETRIAL AND TRIAL DATES IN CIVIL PRETRIAL ORDER** |

      The Court, having considered the stipulated request from Plaintiff Muench Photography, Inc. and Defendant Pearson Education, Inc. to modify the Pretrial and Trial Dates in the Civil Pretrial Order, dated August 26, 2013, hereby grants the request for a 60-day extension and modifies the requested dates as shown below.

      Accordingly, the Court ORDERS that the date for Pretrial Conference, previously set for December 16, 2013, is reset for March 3, 2014, the date for jury trial, previously set for January 6, 2014, is reset for March 17, 2014.  The parties are to complete Mediation by December 2, 2013.  All other deadlines and requirements set forth in the August 26, 2013 Civil Pretrial Order remain unchanged.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

     Dated:  October 9, 2013

                                                                               Honorable William H. Orrick