1  Sharon R. Smith (SBN 221428)
2  Andrew M. Purdy (SBN 261912)
   Morgan, Lewis & Bockius LLP
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel:  415.442.1000
   Fax:  415.442.1001
5  Email:  srsmith@morganlewis.com
          apurdy@morganlewis.com
6

7  David W. Marston Jr. (admitted *pro hac vice*)
   Andrew C. Whitney (admitted *pro hac vice*)
8  MORGAN, LEWIS & BOCKIUS LLP
   1701 Market Street
9  Philadelphia, PA 19103
   Tel:  215.963.5000
10 Fax:  215.963.5001
   E-mail:  dmarston@morganlewis.com
11          awhitney@morganlewis.com

12 [*Attorneys for Plaintiff Muench Photography, Inc.
   listed on signature page*]

13               **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15 MUENCH PHOTOGRAPHY, INC.,           Case No. 12-CV-01927-WHO

16              Plaintiff,

17         v.

18 PEARSON EDUCATION, INC.,            **NOTICE OF SETTLEMENT**

19              Defendant.

20

21

22 MUENCH PHOTOGRAPHY, INC.,           Case No. 13-CV-03937-WHO

23              Plaintiff,

24 v.

25 PEARSON EDUCATION, INC.,            **NOTICE OF SETTLEMENT**

26              Defendant.

27

28

NOTICE OF SETTLEMENT                              12-CV-01927-WHO
                                                  13-CV-03937-WHO

1         Plaintiff Muench Photography, Inc. ("MPI") and Defendant Pearson Education, Inc.

2   ("Pearson") (collectively, "the Parties") respectfully submit this Notice of Settlement.  The

3   Parties jointly write to inform the Court that they have reached a settlement in principle in the

4   above captioned cases, 12-CV-01927 ("*Muench I*") and 13-CV-03937 ("*Muench II*"), and

5   respectfully request that the Court vacate the hearings scheduled for February 19, 2014.  The

6   Parties are in the process of finalizing the written agreement to memorialize the terms of the

7   settlement and will report back to the Court when that process is complete.

8   Respectfully submitted,

9   DATED:  February 18, 2014

10

11   /s/ Christopher Seidman_____          /s/ David W. Marston Jr.

12   Christopher Seidman (SBN 98884)               Sharon R. Smith (SBN 221428)
     Harmon & Seidman LLC                          Andrew M. Purdy (SBN 261912)
13   101 South Third Street, Suite 265             Morgan, Lewis & Bockius LLP
     Grand Junction, CO 81501                      One Market, Spear Street Tower
14   Telephone: (970) 245-9075                     San Francisco, CA 94105-1126
     Facsimile: (970) 245-8086                     Tel: 415.442.1000
15   chris@harmonseidman.com                       Fax: 415.442.1001
                                                   Email:  srsmith@morganlewis.com
16   Robert W. Crockett (SBN 79918)                          apurdy@morganlewis.com
     Harmon & Seidman LLC
17   33 Spindrift Passage                          David W. Marston Jr. (admitted *pro hac vice*)
     Corte Madera, CA 94925                        Andrew C. Whitney (admitted *pro hac vice*)
18   Telephone: (415) 945-1830                     MORGAN, LEWIS & BOCKIUS LLP
     robert@harmonseidman.com                      1701 Market Street
19                                                 Philadelphia, PA 19103
     Alex Rice Kerr (SBN 264821)                   Tel: 215.963.5000
20   Harmon & Seidman LLC                          Fax: 215.963.5001
     P.O. Box 3097                                 E-mail:  dmarston@morganlewis.com
21   Jackson, WY 83001                                      awhitney@morganlewis.com
     Telephone: (970) 270-4718
22   alex@harmonseidman.com                        Amy M. Dudash (admitted *pro hac vice*)
                                                   MORGAN, LEWIS & BOCKIUS LLP
23   *Attorneys for Plaintiff Muench Photography,*  The Nemours Building
     *Inc.*                                        1007 N. Orange Street, Suite 501
24                                                 Wilmington, DE 19801
                                                   Tel: 302.574.3000
25                                                 Fax: 302.574.3001
                                                   E-mail:  adudash@morganlewis.com
26
                                                   *Attorneys for Defendant Pearson Education,*
27                                                 *Inc.*

28

NOTICE OF SETTLEMENT                                                    12-CV-01927-WHO
                                    1                                   13-CV-03937-WHO

**PROOF OF SERVICE**

I am a resident of the State of Delaware and over the age of eighteen years and not a party to the within-entitled action; my business address is 1007 N. Orange Street, Suite 501, Wilmington, Delaware 19801.

On February 18, 2014, I served:

**NOTICE OF SETTLEMENT**

| ☒ | BY E-FILE:  I caused such documents to be transmitted by e-file with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: |
|---|---|

Christopher Seidman (SBN 98884)
Harmon & Seidman LLC
101 South Third Street, Suite 265
Grand Junction, CO 81501
Telephone: (970) 245-9075
Facsimile: (970) 245-8086
chris@harmonseidman.com

Robert W. Crockett (SBN 79918)
Harmon & Seidman LLC
33 Spindrift Passage
Corte Madera, CA 94925
Telephone: (415) 945-1830
robert@harmonseidman.com

Alex Rice Kerr (SBN 264821)
Harmon & Seidman LLC
P.O. Box 3097
Jackson, WY 83001
Telephone: (970) 270-4718
alex@harmonseidman.com

Executed on February 18, 2014, at Wilmington, Delaware.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.


*/s/ Amy M. Dudash*

NOTICE OF SETTLEMENT

1

12-CV-01927-WHO
13-CV-03937-WHO